IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CT-3115-BO

| | | |
|---|---|---|
| ARRON SYSKA, *Administrator of the Estate of Cecelia Lynn Sypka,* | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| SHERIFF DONNIE HARRISON, et al., | ) | |
| Defendants. | ) | |

On April 28, 2017, plaintiff Arron Syska ("plaintiff"), the Administrator of the Estate of Cecelia Sypka ("the decedent"), filed this civil rights action, through counsel, pursuant to 42 U.S.C. § 1983. At this point in the proceeding, plaintiff's claims against all parties have been resolved with the exception of defendant Dr. Obinnaya C. Umesi ("Umesi"). On July 3, 2019, the parties informed the court that defendant Umesi would be dismissed from this action after plaintiff and Umesi came to an agreement regarding court costs. (See (DE 138)). Plaintiff is DIRECTED to show cause as to why plaintiff's action against defendant Umesi should not now be dismissed with prejudice. Plaintiff has until September 4, 2019, to respond to this order. Failure to respond to the court's order within the time period provided will result in dismissal of defendant Umesi from this action with prejudice.

SO ORDERED, this the 26 day of August, 2019.

TERRENCE W. BOYLE
Chief United States District Judge